IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DONALD DOYLE                                                                                               PLAINTIFF

VS.                                                                              CAUSE NO. 3:20-cv-793-CWR-LGI

CINEMARK USA, INC.                                                                                      DEFENDANT

## ORDER OF DISMISSAL

This Cause came before the Court on the *ore tenus* motion of the Plaintiff, DONALD DOYLE, to dismiss Defendant, CINEMARK USA, INC., from this cause of action. The Court, finding that the Motion is well taken, hereby orders and adjudges that Defendant, CINEMARK USA, INC., is dismissed from this cause of action, with prejudice, with each party to pay its own costs.

SO ORDERED this, the 25th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

**Agreed to and prepared by:**

*/s/ Nicole C. Huffman*
Nicole C. Huffman, MSB #101457
Carr Allison
1319 26th Avenue
Gulfport, Mississippi 39501
Telephone: (228) 864-1060
Email:  nhuffman@carrallison.com

**Agreed to:**

*/s/Jay M. Kilpatrick*
Jay M. Kilpatrick (MSB #100136)
Jared A. Kobs (MSB #101612)
Benjamin N. Philley (MSB #101556)
Kobs & Philley, PLLC
P.O. Box 2230
Madison, MS 39130-2230
PH: 601-856-7800
FAX: 601-856-7031
Email: jkilpat@kobsphilley.com